1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  MOLLY A. FRIEND (CABN 289677)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7177
6      FAX: (415) 436-7234
       molly.friend@usdoj.gov
7
   Attorneys for Defendants
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                  SAN JOSE DIVISION
11

12  GHAZAL FADAINEJAD, *et al.*,

13                    Plaintiffs,              Case No. 3:25-cv-09089-TSH

14         v.                                  **STIPULATION TO STAY PROCEEDINGS;
                                               ORDER**
15  MARCO RUBIO, Secretary, United States
    Department of Homeland Security, *et al.*,
16
                      Defendants.
17

18
       The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay
19
   proceedings in this case for a limited time, until April 10, 2026. Plaintiffs filed this action seeking
20
   adjudication of Plaintiff Sussan Ghanad Ghorsi's visa. The United States Department of State ("DOS")
21
   has scheduled an interview for Plaintiff Ghorsi for February 9, 2026. Accordingly, the parties stipulate
22
   and request that the proceedings in this case be stayed until April 10, 2026, at which time the parties will
23
   file a joint status report with the Court. At that time, the parties may request a further continuance of the
24
   stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the
25
   Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's
26
   resources.
27

28

| | |
|---|---|
| Dated: January 5, 2026 | Respectfully submitted[1], |
| | CRAIG H. MISSAKIAN<br>United States Attorney |
| | |
| | */s/ Molly A. Friend*<br>MOLLY A. FRIEND<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: January 5, 2026 | |
| | */s/ Arash Yasrebi*<br>ARASH YASREBI<br>Yasrebi Law<br>Attorney for Plaintiffs |

### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 6, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 3:25-cv-09089-TSH              2